## PROPOSED ORDER/COVER SHEET

TO:        **Honorable Virginia K. DeMarchi**                    RE:   **Scott Baldwin**
           **U.S. Magistrate Judge**

FROM:      **Silvio Lugo, Chief**                                **Docket No.:**   **5:26-cr-00053-BLF-1**
           **U.S. Pretrial Services Officer**

Date:      **March 23, 2026**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Carolyn Truong                                                  408 535 5223

**U.S. Pretrial Services Officer**                              **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. 2
    ____in person____ on ____March 23, 2026____ at ____1:00 p.m.____ .

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge _____ Presiding  District Court Judge _____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐   Modification(s)

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐   Other Instructions:


_Virginia K. DeMarchi_____        _March 23, 2026_____
**JUDICIAL OFFICER**                       **DATE**